UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 SEP 12 AM 10: 04

CLERK
SO. DIST. OF GA.

| | |
|---|---|
| MICHAEL R. HACKLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 6:12-CV-25-BAE-GRS |
| TOOMBS COUNTY SCHOOL ) | |
| DISTRICT, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

COME NOW Plaintiff and Defendant and, pursuant to Rule 41(a)(1)(A)(ii), file this their voluntary stipulation of dismissal and do hereby dismiss all of the claims in this pending action with prejudice and the Clerk is directed to enter upon the dockets and records of the Court that the case has been "dismissed with prejudice" with all costs and fees to be borne by the respective parties.

*s/Wade W. Herring, II*
Wade W. Herring, II
Georgia Bar No. 349343
Hunter, Maclean, Exley & Dunn, P.C.
200 E. Saint Julian Street
Savannah, GA 31412-0048
(912) 236-0261
(912) 236-4936 (facsimile)
Email: wherring@huntermaclean.com
COUNSEL FOR PLAINTIFF
MICHAEL R. HACKLE

*s/Phillip L. Hartley*
Phillip L. Hartley
Georgia Bar No. 333987
Harben, Hartley & Hawkins, LLP
340 Jesse Jewell Parkway, Suite 750
Gainesville, GA 30501
(770) 534-7341
(770) 532-0399 (facsimile)
Email: phartley@hhhlawyers.com
COUNSEL FOR DEFENDANT
TOOMBS COUNTY SCHOOL DISTRICT

APPROVED, this 12th day of Sept., 2012.

_____
Judge, United States District Court
Southern District of Georgia

1