UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| MICHAEL R. HACKLE, | ) |
| Plaintiff, | ) ) ) |
| | ) CIVIL ACTION FILE |
| v. | ) |
| | ) NO. 6:12-CV-25-BAE-GRS |
| TOOMBS COUNTY SCHOOL DISTRICT, | ) ) ) |
| Defendant. | ) |

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 SEP 12  AM 10:04

CLERK _____
SO. DIST. OF GA.

## STIPULATION OF DISMISSAL

COME NOW Plaintiff and Defendant and, pursuant to Rule 41(a)(1)(A)(ii), file this their voluntary stipulation of dismissal and do hereby dismiss all of the claims in this pending action with prejudice and the Clerk is directed to enter upon the dockets and records of the Court that the case has been "dismissed with prejudice" with all costs and fees to be borne by the respective parties.

| | |
|---|---|
| s/Wade W. Herring, II | s/Phillip L. Hartley |
| Wade W. Herring, II | Phillip L. Hartley |
| Georgia Bar No. 349343 | Georgia Bar No. 333987 |
| Hunter, Maclean, Exley & Dunn, P.C. | Harben, Hartley & Hawkins, LLP |
| 200 E. Saint Julian Street | 340 Jesse Jewell Parkway, Suite 750 |
| Savannah, GA 31412-0048 | Gainesville, GA 30501 |
| (912) 236-0261 | (770) 534-7341 |
| (912) 236-4936 (facsimile) | (770) 532-0399 (facsimile) |
| Email: wherring@huntermaclean.com | Email: phartley@hhhlawyers.com |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |
| MICHAEL R. HACKLE | TOOMBS COUNTY SCHOOL DISTRICT |

APPROVED, this 12th day of Sept., 2012.

_____
Judge, United States District Court
Southern District of Georgia

1